IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robbin Miller,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America,<br><br>　　　　　Defendant. | No. CV-22-00449-TUC-JGZ<br><br>**ORDER** |

　　　Having considered the parties' Stipulation to Dismiss with Prejudice (Doc. 23), and good cause appearing,

　　　**IT IS ORDERED** that the parties' Stipulation (Doc. 23) is **granted**. This action is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs. The Clerk of Court shall close its file in this action.

　　　Dated this 27th day of April, 2023.

_____
Honorable Jennifer G. Zipps
United States District Judge